UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DORA CHAMPION, Individually and as Mother and
Guardian of G.C., a minor child of 16 years of age,

                        Plaintiff,           Case No.: 2:24-cv-05842

   -against-

                                                         (Seybert, J.) (Tiscione, M.J.)

OZVIE CANNON, BERNARD JOHNSON, Caseworker,
EDWARD FIGUEROA, Superintendent at BRC, LOSECA
AUSTRAL, PREA Compliance Manager at BRC, TIFFNEY
NIERKOWSKI, Health Service Administrator at BRC, "JOHN
DOES" 1-10 and "JANE DOES" 1-10 such persons being
Employed as Staff, Supervisors, and/or Administrators at the
BRENTWOOD RESIDENTIAL CENTER during the time "GC"
was a resident at that facility, "John or Jane Poe", Superintendent
at HTRC, "John or Jane Loe", Health Service Administrator at
HTRC and "JOHN NOES" 1-10 and "JANE NOES" 1-10, such
persons being employed as Staff, Supervisors, and/or
Administrators at the HARRIET TUBMAN RESIDENTIAL
CENTER during the time "GC" was a resident at that facility.

                        Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that Defendants, EDWARD FIGUEROA, Superintendent at the Brentwood Residential Center, and BERNARD JOHNSON, Caseworker, hereby appear in the above-captioned action, by and through their attorney, LETITIA JAMES, Attorney General of the State of New York, by **Dana E. Brown**, Assistant Attorney General, of counsel, and request that all communications be served upon her at the address listed below.

Dated:  Hauppauge, New York         LETITIA JAMES
        October 2, 2024                   Attorney General of the State of New York
                                           Attorney for Defendants Figueroa and Johnson

                               By:     */s/ Dana E. Brown*
                                           DANA E. BROWN
                                           Assistant Attorney General
                                           300 Motor Parkway, Suite 230
                                           Hauppauge, New York 11788
                                           Dana.Brown@ag.ny.gov
                                           (631) 231-2424

cc: Attorney for Plaintiff via ECF