UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____x

DORA CHAMPION, Individually and as Mother and Guardian of GC, a minor child of 16 years of age,

Index No.: 2:24-CV-05842-JS-ST

*Plaintiff/Claimant*

-against-

OVZIE CANNON, BERNARD JOHNSON, Caseworker, EDWARD FIGUEROA, Superintendent at BRC, LOSECA AUSTRAL, f/k/a PREA Compliance Manager at BRC, TIFFNEY NERKOWSKI, f/k/a Health Service Administrator at BRC, "JOHN DOES" 1 - 10 and "JANE DOES" 1 – 10 such persons being employed as Staff, Supervisors, and/or Administrators at the BRENTWOOD RESIDENTIAL CENTER during the time "GC" was a resident at that facility, TROY HOPSON, Director at HTRC a/k/a "John Poe", LINDA DECARO, Health Service Administrator at HTRC, a/k/a "Jane Loe", TANYA DOMINGUEZ, Youth Counselor and Case Manager at HTRC a/k/a Jane Noe #1, KARI SMITH, LCSW-R at HTRC a/k/a, Jane Noe #2; KATHY FITZGERALD, PREA Compliance Manager at HTRC a/k/a Jane Noe #3, "JOHN NOES" 1-10 and "JANE NOES" 4-10, such persons being employed as Staff, Supervisors, and/or Administrators at the HARRIET TUBMAN RESIDENTIAL CENTER during the time "GC" was a resident at that facility,

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

*Defendants.*

_____x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff DORA CHAMPION, individually and as mother and guardian of GC, a minor child of 16 years of age, and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant TIFFNEY NERKOWSKI, f/k/a Health Service Administrator at BRC.

Dated: December 13, 2024

HEILIG BRANIGAN, LLP
Attorneys for Plaintiff

*[signature: Philip Branigan]*

4250 Veterans Memorial Highway
Suite 111-East
Holbrook, New York 11741
(631) 750-6888
E: hbmlaw@optimum.net