UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
DORA CHAMPION, Individually and as Mother and
Guardian of G.C., a minor child of 16 years of age,

                              Plaintiff,           Case No.: 2:24-cv-05842

   -against-

                                                      (Seybert, J.) (Tiscione, M.J.)

OVZIE CANNON, Youth Services Specialist, BERNARD JOHNSON, OCFS Caseworker, ANITA SAPIO Facility Manager at BRC, EDWARD FIGUEROA, Facility Director at BRC, LOSECA AUSTRAL, PREA Compliance Manager at BRC, Sarah Chin-Rokanova, R.N., Tiffney Nerkowski Graf, Nurse Administrator at BRC, "JOHN DOES" 1 - 10 and "JANE DOES" 1 - 10 such persons being employed as Staff, Supervisors, and/or Administrators at the BRENTWOOD RESIDENTIAL CENTER during the time "GC" was a resident at that facility.

                              Defendants.
---------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Defendant, ANITA SAPIO, Facility Manager at Brentwood Residential Center, hereby appears in the above-captioned action, by and through their attorney, LETITIA JAMES, Attorney General of the State of New York, by **Dana E. Brown**, Assistant Attorney General, of counsel, and request that all communications be served upon her at the address listed below.

| | |
|---|---|
| Dated: Hauppauge, New York<br>       March 11, 2026 | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants Figueroa, Johnson, Austral, and Sapio |
| | By:   **/s/ *Dana E. Brown***       <br>       DANA E. BROWN<br>       Assistant Attorney General<br>       300 Motor Parkway, Suite 230<br>       Hauppauge, New York 11788<br>       Dana.Brown@ag.ny.gov |
| cc: Attorney for Plaintiff via ECF |        (631) 231-2424 |