UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DORA CHAMPION, Individually and as Mother
and Guardian of G.C., a minor child of 16 years of
age,

                            Plaintiff,

        -against-

OVZIE CANNON, Youth Services Specialist,
BERNARD JOHNSON, OCFS Caseworker,
ANITA SAPIO, Facility Manager at BRC,
EDWARD FIGUEROA, Facility Director at BRC,
LOSECA AUSTRAL, PREA Compliance
Manager at BRC, Sarah Chin-Rokanova, R.N.,
Tiffney Nerkowski Graf, Nurse Administrator at
BRC, "JOHN DOES" 1 - 10 and "JANE DOES"
1 - 10 such persons being employed as Staff,
Supervisors, and/or Administrators at the
BRENTWOOD RESIDENTIAL CENTER during
the time "GC" was a resident at that facility.

                          Defendants.
--------------------------------------------------------------- X

**Notice of Motion to Dismiss**

Case No.: 2:24-cv-05842

(Seybert, J.) (Tiscione, M.J.)

      **PLEASE TAKE NOTICE** that upon Plaintiff's Second Amended Complaint, dated February 18, 2026, with exhibits thereto, and the accompanying Memorandum of Law of Dana E. Brown in support of their motion to dismiss, defendant-employees of the New York State Office of Children and Family Services ("OCFS"), namely, Bernard Johnson ("Johnson"), Caseworker, Anita Sapio ("Sapio"), Facility Manager at Brentwood Residential Center ("BRC"), Edward Figueroa ("Figueroa"), Superintendent at BRC, Loseca Austral ("Austral"), Prison Rape Elimination Act ("PREA") Compliance Manager at BRC, and Sara Roccanova-Chin ("Chin"), Registered Nurse (collectively, the "OCFS Defendants") shall move this Court before the Honorable Joanna Seybert, United States District Judge, United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York, on July 17, 2026, for an order

1

pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing the Second

Amended Complaint based on lack of subject matter jurisdiction, lack of personal jurisdiction,

failure to state a claim upon which relief can be granted, and for such other and further relief as

may be proper.

Dated:  Hauppauge, New York
        May 22, 2026

LETITIA JAMES
Attorney General for the State of New York
Attorney for State Defendants

By: *Dana E. Brown*
    Dana E. Brown
    Assistant Attorney General
    300 Motor Parkway, Suite 230
    Hauppauge, New York 11788
    Dana.Brown@ag.ny.gov
    (631) 231-2424

To:    Heilig Branigan LLP
       Attorneys for Plaintiff
       4250 Veterans Memorial Highway, Suite 111E
       Holbrook, New York 11741